THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL PATTERSON, Appellant. [918 NYS2d 913]—

Present—Scudder, P.J., Centra, Sconiers, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALINA PHELPS, Appellant. [918 NYS2d 914]—

Memorandum: Defendant was convicted upon a guilty plea of attempted burglary in the second degree (Penal Law §§ 110.00, 140.25 [2]), and was sentenced to a determinate term of imprisonment of four years and five years postrelease supervision, to be served concurrently with a determinate sentence imposed on the same date for a separate felony conviction. Defendant's assigned appellate counsel has moved to be relieved of the assignment pursuant to *People v Crawford* (71 AD2d 38 [1979]). However, because the record reflects that defendant committed the instant violent felony offense while awaiting sentence on the prior offense, we find that a nonfrivolous issue exists as to whether concurrent sentences were illegally imposed (*see* Penal Law § 70.25 [2-b]). Therefore, we relieve counsel of his assignment and assign new counsel to brief this issue, as well as any other issues that counsel's review of the record may disclose. (Appeal from Judgment of Steuben County Court, Joseph William Latham, J.— Attempted Burglary, 2nd Degree). Present—Scudder, P.J., Centra, Sconiers, Gorski and Martoche, JJ.

In the Matter of CATTARAUGUS COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of TAMMY L. SOSA, Respondent, v MARCUS D. VEASLEY, Appellant. [919 NYS2d 457]—

Present—Scudder, P.J., Centra, Sconiers, Gorski and Martoche, JJ.